IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMRA PALMER AND ELIZABETH PALMER, § § § | | |
| Plaintiffs, § § | | |
| v. § | 1:25-CV-773-RP | |
| § § | | |
| WILLIAMSON COUNTY, TEXAS, et al., § § | | |
| Defendants. § | | |

# **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiffs Amra Palmer and Elizabeth Palmer's (together "Plaintiffs") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, United States Magistrate Judge Lane issued his report and recommendation on June 18, 2025. (*Id.*). As of the date of this order, Plaintiffs have not filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court.

Here, copies of the report and recommendation were sent to Plaintiffs via certified and regular mail on June 18, 2025. (Dkt. 7). On July 14, 2025, the copies of the report and recommendation sent by certified mail to each plaintiff were returned as unclaimed and unable to be forwarded. (Dkt. 9). All parties, including parties representing themselves, have a duty to keep the Court appraised of their current address. "An unrepresented party and any attorney representing a

1

party must timely inform the court of any change in the party's or attorney's mailing address, e-mail address, signature, or telephone or fax number. The court may sanction a party for the party's or the attorney's failure to do so, including dismissal of the party's claims or defenses." W.D. Tex. Loc. R. CV-10(d). Without any updated address at which to reach Plaintiffs and with no response to the Court's attempts to provide Plaintiffs with copies of the report and recommendation, the Court can only treat Plaintiffs as having failed to timely file objections.

When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because Plaintiffs have not filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 10), is **ADOPTED**. Plaintiffs' claims against Will Ward; Constable, Precinct 3; and Richard Cahan are **DISMISSED WITH PREJUDICE**. Plaintiffs' claims against Williamson County, Texas and Kelly last name unknown are **DISMISSED WITHOUT PREJUDICE**. Because all claims against all parties have been dismissed, Plaintiffs' complaint, (Dkt. 1), is **DISMISSED**.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiffs via certified mail.

**SIGNED** on October 14, 2025.

---
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE